17-CV-0364
(TJM/DEP)

To whom It may concern:

I would like to check the status of my case. I have a civil case -17-cv-0364-(TJM/DEP) I am still waiting for the Judge to answer The Memorandum of Law that was fillied about two months ago. Im sorry for any Inconvience.

Thank you;

Naimabdull Savasteno.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 2 6 2017
AT ____ O'CLOCK ____
Lawrence K. Baerman, Clerk - Syracuse




FRANKLIN CORRECTIONAL FACILITY
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: Naimabdul Savastro  DIN: 16A2321

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
OCT 26 2017
RECEIVED

Clerk, U.S. District Court
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367