# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy



James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

October 27, 2017

Re:   Savastano v. LaClair, et al
      9:17-cv-364

Dear Mr. Savastano:

This office is in receipt of your letter inquiring into the status of the above-noted case. Judge Peebles has requested that I respond to this letter for him.

This office considers motions in the order in which they are received. To date, the motion to dismiss for failure to state a claim in the above-noted case has been briefed by the parties and is awaiting the Magistrate Judge's consideration. There are a number of files ahead of it, but it shall be reviewed in its proper order.

As a courtesy, please find enclosed a copy of the docket sheet for this action.

Very truly yours,

s/NAS, Paralegal

cc:   File
      opposing counsel